1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for defendant
   Asset Acceptance, LLC
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                            OAKLAND DIVISION
11

12  DAVID ANDERSON,                ) CASE NO.: C09 02970 SBA
                                   )
13        Plaintiff,               )
                                   ) **STIPULATION TO THE**
14                                 ) **JURISDICTION OF MAGISTRATE**
                                   ) **JUDGE MARIA-ELENA JAMES**
15        vs.                      ) **FOR ALL PURPOSES;**
                                   ) **[PROPOSED] ORDER**
16  ASSET ACCEPTANCE, LLC,         )
                                   )
17                                 )
          Defendant.               )
18                                 )
                                   )
19  _____)

20

21

22

23

24

25

26

27

28

---

Pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, plaintiff David Anderson and defendant Asset Acceptance, LLC hereby voluntarily consent to the jurisdiction of Magistrate Judge Maria-Elena James and stipulate to request that this matter be referred to Judge James for all further proceedings in the case, including trial and order the entry of a final judgment.

IT IS SO STIPULATED.

DATED: October 19, 2009

KROHN & MOSS, LTD.
G. THOMAS MARTIN III

By:  s/G. Thomas Martin III
G. Thomas Martin III
Attorneys for plaintiff
David Anderson

DATED: October 19, 2009

SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR

By:  s/Tomio B. Narita
Tomio B. Narita
Attorneys for defendant
Asset Acceptance, LLC

## [PROPOSED] ORDER

It is hereby ordered that this case be referred to Magistrate Judge Maria-Elena James for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties.

IT IS SO ORDERED.

Dated: 10/26/09   By:  *Saundra B. Armstrong*
Honorable Saundra B. Armstrong
United States District Court Judge
Northern District of California

ANDERSON V. ASSET ACCEPTANCE, LLC (CASE NO. C09 02970 SBA)
STIPULATION TO JURISDICTION OF MAGISTRATE JUDGE JAMES          2.