TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for defendant
Asset Acceptance, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID ANDERSON, | CASE NO.: C09 02970 SBA |
| Plaintiff, | **STIPULATION TO THE JURISDICTION OF MAGISTRATE JUDGE MARIA-ELENA JAMES FOR ALL PURPOSES; [PROPOSED] ORDER** |
| vs. | |
| ASSET ACCEPTANCE, LLC, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, plaintiff David Anderson and defendant Asset Acceptance, LLC hereby voluntarily consent to the jurisdiction of Magistrate Judge Maria-Elena James and stipulate to request that this matter be referred to Judge James for all further proceedings in the case, including trial and order the entry of a final judgment.

IT IS SO STIPULATED.

DATED: October 19, 2009   KROHN & MOSS, LTD.
G. THOMAS MARTIN III

By:   s/G. Thomas Martin III
G. Thomas Martin III
Attorneys for plaintiff
David Anderson

DATED: October 19, 2009   SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR

By:   s/Tomio B. Narita
Tomio B. Narita
Attorneys for defendant
Asset Acceptance, LLC

## [PROPOSED] ORDER

It is hereby ordered that this case be referred to Magistrate Judge Maria-Elena James for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties.

IT IS SO ORDERED.

Dated: __10/26/09_____ By: _____/s/ Saundra B. Armstrong_____
Honorable Saundra B. Armstrong
United States District Court Judge
Northern District of California